Jason Crews
1515 N. Gilbert Rd Ste 107-204
Gilbert, AZ 85234

  

U.S. POSTAGE PAID
FCM LG ENV
GILBERT, AZ
85234
MAY 30, 23
AMOUNT
$2.94
R2305K132544-03

United States District Court District of Arizona - Phoenix Division
Sandra Day O'Connor U.S. Courthouse, Ste 130
401. W. Washington St. Spc. 1
Phoenix, AZ 85003-2118

RECEIVED
JUN 01 2023
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA