Jason Crews
164 W. Laurel Ct
Gilbert, AZ 85233
602-295-1875
Jason.crews@gmail.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| Jason Crews,<br><br>    Plaintiff,<br><br>v.<br><br>Honest Tax, LLC, *et al.*<br>    Defendants. | Case No.: 2:22-cv-02120-SMB<br><br>Notice Of Service Pursuant the Courts June 5, 2023 Motions Order |

Pursuant to Pursuant the Courts June 5, 2023 Motions Order, Plaintiff hereby notifies the Court that has been effectuated to all Defendants via first class mail.

The Crypto Freedom PAC

2001 L ST NW STE 600

Washington, DC 20006


David M McIntosh

2001 L ST NW STE 600

WASHINGTON, DC 20006


NOTICE OF SERVICE PURSUANT THE COURTS JUNE 5, 2023 MOTIONS ORDER - 1

1  Club For Growth

2  ALAN P. DYE

3  1747 PENN. AVE., N.W.,#1000

4  Washington, DC 20006

5  adye@wc-b.com

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated this June 25, 2023.

/s/
_____
Jason Crews

**COPIES** of the forgoing served via email
this same date, upon:
Douglas H. Allsworth
Doug.Allsworth@kutakrock.com

and

Kevin Cole
kevin@kjclawgroup.com

By:  _____/s/_____
       Jason Crews

NOTICE OF SERVICE PURSUANT THE COURTS JUNE 5, 2023 MOTIONS ORDER - 3