UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF ARIZONA

| | |
|---|---|
| JASON CREWS,<br><br>            Plaintiff,<br><br>     vs.<br><br>CRYPTO FREEDOM PAC, CLUB FOR GROWTH, and DAVID MCINTOSH,<br><br>            Defendants. | Civil Action Filing No.: 2:23-cv-970-DLR |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE BY PLAINTIFF JASON CREWS

Plaintiff Jason Crews, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses this action with prejudice.

Dated: June 30, 2023

Respectfully Submitted,

JASON CREWS
BY:            /s/*Jason Crews*
1515 N. Gilbert Rd,
Suite 107-204
Gilbert, AZ 85234
Jason.crews@gmail.com
602.295.1875

*Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that this day the foregoing NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE BY PLAINTIFF JASON CREWS was electronically filed with the Clerk of Court using the CM/ECF system, which will be served on Defendants via First Class mail and email.

This 30th day of June 2023.

_____

Jason Crews